UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENISE BROWN,

    Plaintiff,

v.     Case No: 6:19-cv-1057-Orl-40TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Application to appear in forma pauperis (Doc. 2) filed on June 7, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 10, 2019 (Doc. 5), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's complaint fails to state a cognizable claim within the jurisdiction of this Court. Therefore, the case is **DISMISSED** without prejudice. Plaintiff may file an amended compliant within 21 days of the date of this Order. Failure to timely file will result in the case being closed without further notice.

**DONE AND ORDERED** in Orlando, Florida on July 1, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties